UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mary Namorato, Anna Molly, Farin Greber, Judith Sosa, Jay Clark and Larry Kernan, *on behalf of himself and all others similarly situated*,<br><br>      Plaintiffs,<br><br> -against-<br><br>Town Sports International, LLC, Inc. and Town Sports International Holdings, Inc., d/b/a New York Sports Clubs,<br><br>      Defendants. | Civil Action No. 20-cv-02580-(VSB)<br><br>**NOTICE OF MOTION FOR DISMISSAL OF PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)** |

**TO:** David Gottlieb, Esq.
   WIGDOR LLP
   85 Fifth Avenue
   New York, NY 10003
   *Attorneys for Plaintiffs*

   **PLEASE TAKE NOTICE** that Defendant Town Sports International, LLC. will apply to the United States District Court, Southern District of New York, at 40 Foley Square New York, New York, Courtroom 518, before the Honorable Vernon S. Broderick, United States District Judge, for an order granting dismissal of Plaintiffs' Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and (b)(6)

   **PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendant shall rely on the supporting Memorandum of Law, Declaration of Peter Siachos, Esq. and the complete pleadings, files and records in this matter;

   **PLEASE TAKE FURTHER NOTICE** that a proposed order is submitted with this motion.

   TSI respectfully requests oral argument if this motion is opposed.

Dated: New York, New York
       May 11, 2020

                                          Respectfully submitted,
                                          *Attorneys for Defendants*
                                          *Town Sports International Holdings, Inc. and*
                                          *Town Sports International, LLC*

                                          Gordon Rees Scully Mansukhani, LLP

                                          By: */s/ Peter G. Siachoso*
                                                   Peter G. Siachos

                                          One Battery Park Plaza, 28th Floor
                                          New York, New York 10004
                                          Tel: (973) 549-2532
                                          psiachos@grsm.com