UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
MARY NAMORATO, ANNA MOLLY,                  :
FARIN GREBER, JUDITH SOSA, JAY              :
CLARKE and LARRY KERNAN,                    :
                                            :      20-CV-2580 (VSB)
                           Plaintiffs,      :
                                            :          **ORDER**
              - against -                   :
                                            :
                                            :
TOWN SPORTS INTERNATIONAL, LLC              :
and TOWN SPORTS INTERNATIONAL               :
HOLDINGS, INC. d/b/a NEW YORK               :
SPORTS CLUBS,                               :
                                            :
                           Defendants.      :
                                            :
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/2020

VERNON S. BRODERICK, United States District Judge:

I am in receipt of the parties' joint letter regarding Defendants' application to stay discovery and Plaintiffs' opposition to Defendants' request, (Doc. 33), and Defendants' notice of bankruptcy, filed September 15, 2020, (Doc. 36).  In view of Defendants' voluntary petitions under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), this case is stayed pursuant to 11 U.S.C. § 362(a), until the bankruptcy actions are closed, dismissed, discharge is granted or denied, or until the Bankruptcy Court grants relief from the stay.  The parties are directed to file a joint letter update in 45 days, or as soon as the Bankruptcy Court renders a decision impacting the stay.

SO ORDERED.

Dated: December 20, 2020
      New York, New York

Vernon S. Broderick
United States District Judge