UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                                     :

MARY NAMORATO, ANNA MOLLY,  :
FARIN GREBER, JUDITH SOSA, JAY
CLARKE and LARRY KERNAN,        :
                                                                      :      20-CV-2580 (VSB)
                         Plaintiffs,  :
                                                                      :           **ORDER**

             - against -        :

TOWN SPORTS INTERNATIONAL, LLC  :
and TOWN SPORTS INTERNATIONAL
HOLDINGS, INC. d/b/a NEW YORK     :
SPORTS CLUBS,
                                                                     :
                         Defendants.  :
                                                                      :
-------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/7/2021

<u>VERNON S. BRODERICK</u>, United States District Judge:

       On December 20, 2020, in view of Defendants' voluntary petitions under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), I granted a stay of the proceedings in this case. (Doc. 37.) I am in receipt of the parties' February 10, 2021 joint letter. (Doc. 39.) In light of the updates provided in joint letter, the stay is continued. It is hereby:

       ORDERED that the parties are directed to file a joint letter update in 56 days, or as soon as the bankruptcy actions are closed, dismissed, discharge is granted or denied, or the Bankruptcy Court grants relief from the stay, whichever time period is shorter.

SO ORDERED.

Dated: September 7, 2021
      New York, New York

                                               Vernon S. Broderick
                                               United States District Judge