UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MARY NAMORATO, ANNA MOLLY,
FARIN GREBER, JUDITH SOSA, JAY
CLARKE and LARRY KERNAN,

                       Plaintiffs,

          - against -

TOWN SPORTS INTERNATIONAL, LLC
and TOWN SPORTS INTERNATIONAL
HOLDINGS, INC. d/b/a NEW YORK
SPORTS CLUBS,

                       Defendants.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/2021

20-CV-2580 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

      On December 20, 2020, in view of Defendants' voluntary petitions under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Actions"), I entered an order recognizing that this action was stayed pursuant to 11 U.S.C. § 362(a). (Doc. 37.) In that order, I directed the parties to file a joint letter no later than February 3, 2021 informing me as to the status of the Bankruptcy Actions and whether this action could proceed. (*See id.*). The parties filed a joint letter on February 10, 2021, (Doc. 39), and on February 11, 2021, I entered an order requiring another joint status update by no later than April 8, 2021, (*see* Doc. 40.)

      Since then, the parties have provided me with no status updates as required by my orders. This is in spite of the fact that I entered two further orders—on July 7, 2021, (Doc. 41), and September 7, 2021, (Doc. 42)—further directing the parties to file updates.

Accordingly, it is hereby ORDERED that the parties must file a status update by no later than November 5, 2021. Failure to do so likely will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: November 2, 2021
      New York, New York

Vernon S. Broderick
United States District Judge