UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
MARY NAMORATO, ANNA MOLLY,                            :
FARIN GREBER, JUDITH SOSA, JAY                        :
CLARKE and LARRY KERNAN,                              :
                                                      :           20-CV-2580 (VSB)
                        Plaintiffs,                   :
                                                      :                **ORDER**
            - against -                               :
                                                      :
                                                      :
TOWN SPORTS INTERNATIONAL, LLC                        :
and TOWN SPORTS INTERNATIONAL                         :
HOLDINGS, INC. d/b/a NEW YORK                         :
SPORTS CLUBS,                                         :
                                                      :
                        Defendants.                   :
                                                      :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      On December 20, 2020, in view of Defendants' voluntary petitions under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Actions"), I entered an order recognizing that this action was stayed pursuant to 11 U.S.C. § 362(a). (Doc. 37.)  In that order, I directed the parties to file a joint letter no later than February 3, 2021 informing me as to the status of the Bankruptcy Actions and whether this action could proceed.  (*See id.*).  The parties filed a joint letter on February 10, 2021, (Doc. 39), and on February 11, 2021, I entered an order requiring another joint status update by no later than April 8, 2021, (*see* Doc. 40.)

      Since then, the parties have provided me with no status updates as required by my orders.  I have now entered three orders prompting the parties to file the required status updates.  (Docs. 40–42.)  The most recent such order cautioned the parties that failure to provide an update by

"November 5, 2021 . . . likely will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b)." Accordingly, it is hereby

ORDERED that this action is dismissed pursuant to Federal Rule of Procedure 41(b). The Clerk of Court is respectfully directed to close the open motions at docket numbers 17 and 20 and to terminate this action.

SO ORDERED.

Dated: November 8, 2021
      New York, New York

                                      Vernon S. Broderick
                                      United States District Judge